**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STILLWATER BRIDGE CAPITAL, LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. ________________** |
| | § | |
| **EVANGEL WORLD PRAYER CENTER OF KENTUCKY, INC.** | § | |
| | § | |
| | § | |
| **Defendant** | § | |

## ORIGINAL COMPLAINT

NOW COMES Stillwater Bridge Capital, LLC, Plaintiff, and files this its Complaint against Evangel World Prayer Center of Kentucky, Inc., and would show this Court as follows:

## JURISDICTION

1. Plaintiff is a limited liability company who is a citizen of the State of Texas maintaining its principal place of business in Dallas, Dallas County, Texas.

2. Defendant Evangel World Prayer Center of Kentucky, Inc., is corporation organized and existing under the laws of the State of Kentucky with it principal place of business being located at 6900 Billtown Road, Louisville, Kentucky 40299, USA.

3. Service of Summons in this action may be made on the registered agent of Defendant, Mr. John E. Isaacs, Sr., Evangel World Prayer Center of Kentucky, Inc., 6900 Billtown Road, Louisville, Kentucky 40299.

4. There is complete diversity of citizenship between all plaintiffs and all defendants in this action.

5. As is more fully shown below, more than $550,000.00, exclusive of interest and

costs, is in dispute in this action. Therefore, this court has jurisdiction of this dispute under the provisions of 28 U.S.C. § 1332.

**SUIT ON PROMISSORY NOTE**

6. On or about December 14, 2016, the defendant signed and issued to the plaintiff a promissory note whereby the defendant promised to pay to the order of the plaintiff the principal sum of $550,000.00, together with a financing fee of $11,000.00, with interest at the rate of Thirteen percent (13%) per year. The note was due and payable on or before December 13, 2017, at 15770 Dallas Parkway, Suite 860, Dallas, Dallas County, Texas. Texas. A true copy of the note is attached as Exhibit A and incorporated by reference.

7. The plaintiff is the holder of this note and is entitled to enforce it.

8. On or about December 14, 2017, the plaintiff presented the note to the defendant in accordance with the terms of the note. Despite demand for payment made by the plaintiff after the note became due and payable, no part of the note has been paid, and there is now due, owing, and unpaid from the defendant to the plaintiff on the note the sum of $632,500.00 as of the date of maturity on December 13, 2017. Interest from the date of default, per the terms of the note, continues to accrue at the rate of eighteen percent (18%) per annum.

9. According to the terms of the note, the maker promised to pay all out-of-pocket costs of collection, including, but not limited to, reasonable attorneys' fees incurred by or on behalf of Plaintiff on account of such collection. As a result of the defendant's failure to pay the sums due and owing on the note, as described in the foregoing paragraphs, the plaintiff has found it necessary to employ an attorney to bring suit on the note. To compensate the plaintiff for attorney's fees thereby incurred, the plaintiff is entitled to recover all of its reasonable and necessary attorney's fees and costs incurred in this action whether in the trial court or any subsequent appeal.

**CLAIM FOR EQUITABLE LIEN ON PROPERTY**

10. The note provides in part at paragraph 14: "This Note is secured by a second lien on the Maker's property located at 1732 Thames Drive, Clarksville, IN 47129." However, no lien document was provided by Defendant.

11. As the terms of the note provide that a Second Lien on a specific parcel of real property was security for the repayment of the note Plaintiff claims an equitable lien on said property and requests the Court to determine the nature of Plaintiff's security interest in said property and to issue an order of foreclosure of Plaintiffs security interest in such property.

WHEREFORE, for the reasons set forth above, Plaintiff demands that:

A. Plaintiff receives judgment against Defendant in the sum amount of $632,500.00 as the amount due on December 13, 2017, plus pre and post judgment interest as provided for by the terms of the note and as allowed by law;

B. Plaintiff recover its costs of suit including reasonable attorney's fees;

C. Plaintiff be granted an equitable lien on the property at 1732 Thames Drive, Clarksville, IN 47129 and a judgment of foreclosure of said lien; and

C. This court grant Plaintiff any and all other relief to which it may be justly entitled.

Dated: August 1, 2018.

Respectfully submitted,

*The Law Office of Robert W. Buchholz, P.C.*

By: */s/ Robert W. Buchholz*

Robert W. Buchholz
Texas Bar No: 03290600
bob@attorneybob.com
420 S. Cesar Chavez Blvd, Suite 300
Dallas, Texas 75201
Tel. (214) 754-5500/Fax. (214) 754-9100